# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1232
Lower Tribunal No. M23-13999
_____

**Kencia Martinez-Uribe,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Yara Lorenzo Klukas, Judge.

Carlos J. Martinez, Public Defender and Susan S. Lerner, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Daniel Colmenares, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and MILLER, JJ.

PER CURIAM.

Affirmed.